AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Fred McGilvray, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Fontainebleau Florida Hotel, L.L.C., et al. | ) | **09-CV-22398-HOEVELER/GARBER** |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BANK OF AMERICA, N.A.
c/o C T Corporation System
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Herman M. Braude, Esq. (FBN 148644)
Richard Y. Rho, Esq. (FBN 660191)
BRAUDE & MARGULIES, P.C.
1200 Potomac St., N.W.
Washington, DC 20007
Tel: (202) 471-5400/Fax: (202) 471-5404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **AUGUST 13, 2009**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Gregory Maestre
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Fred McGilvray, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Fontainebleau Florida Hotel, L.L.C., et al. | ) | **09-CV-22398-HOEVELER/GARBER** |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FONTAINEBLEAU FLORIDA HOTEL, LLC
c/o C T Corporation System
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Herman M. Braude, Esq. (FBN 148644)
Richard Y. Rho, Esq. (FBN 660191)
BRAUDE & MARGULIES, P.C.
1200 Potomac St., N.W.
Washington, DC 20007
Tel: (202) 471-5400/Fax: (202) 471-5404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   **AUGUST 13, 2009**

Steven M. Larimore
Clerk of Court

s/Gregory Maestre
Deputy Clerk
U.S. District Courts