# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 09-22398-CIV (Hoeveler/Garber)

| | |
|---|---|
| **FRED MCGILVRAY, INC.,** | * |
| **Plaintiff,** | * |
| v. | * |
| **FONTAINEBLEAU FLORIDA HOTEL, L.L.C.,** | * |
| and | * |
| **BANK OF AMERICA, N.A.** | * |
| **Defendants.** | * |

### PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTION

**COMES NOW,** Plaintiff Fred McGilvray, Inc. ("McGilvray"), by its undersigned counsel, for its Notice of Pendency of Other Action, and hereby states as follows:

This action and a related action [*Janis Services, Inc. v. Fontainebleau Florida Hotel, LLC and Bank of America, N.A.*, Case No. 09-21916 (Moore/Simonton)] are against the same two defendants and arise out of the same construction project. For a portion of the project, the Plaintiff in this action was a subcontractor to Plaintiff Janis Services, Inc. (Case No. 09-21916).

DATED:     August 24, 2009

Respectfully submitted,

s/Herman M. Braude
Herman M. Braude, Esq. (FBN 148644)
hbraude@braudemargulies.com
Richard Y. Rho, Esq. (FBN 660191)
rrho@braudemargulies.com
BRAUDE & MARGULIES, P.C.
1200 Potomac St., N.W.
Washington, DC 20007
Tel:    (202) 471-5400

1

Fax: (202) 471-5404

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that on August 24, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will automatically send e-mail notification of such filing on all counsel of record on the attached service list.  For any party that has not entered an appearance, I certify that a copy has been sent by U.S. mail.

                                            <u>s/Herman M. Braude</u>
                                            Herman M. Braude

## Service List

### Case No. 09-21916-CIV (Moore/Simonton)

Michael N. Kreitzer, Esq.
Scott D. Kravetz, Esq.
Adam F. Haimo, Esq.
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
2500 Wachovia Financial Center
200 S. Biscayne Blvd.
Miami, FL 33131-5340

Jose Casal, Esq.
John Halula, Esq.
Michael E. Hantman, Esq.
HOLLAND & KNIGHT
701 Brickell Avenue, Suite 3000
Miami, FL 33131